**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Henry C. Burrough                                    CASE NO.: 08–23037–rdd
 aka   Butch C Burrough

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  7
xxx–xx–2438

---

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 7/21/08 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Jeffrey L. Sapir–7 is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 8/25/09                                    Robert D Drain , Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0208-7          User: atavarez1              Page 1 of 1          Date Rcvd: Aug 25, 2009
Case: 08-23037               Form ID: 155                 Total Noticed: 31


The following entities were noticed by first class mail on Aug 27, 2009.
db         +Henry C. Burrough,   56 Underhill Street,   Tuckahoe, NY 10707-3427
smg        +N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg         New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
             Albany, NY  12205-0300
ust        +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
4583436    +ANDREW KILLOURHY,   C/O ROBERT O. CORINI,   542 MAIN STREET, STE 102,
             NEW ROCHELLE, NY 10801-7270
4583437    +ANIMAL SPECIALTY CENTER,   9 ODELL PLAZA,   YONKERS, NY 10701-1403
4583438    +BETH ISRAEL LABORATORY,   PO BOX 95000-2469,   PHILADELPHIA, PA 19195-0001
4583439   ++++CABLEVISION,   1111 STEWART AVE,   BETHPAGE NY  11714-3581
            (address filed with court: CABLEVISION,   111 STEWART AVE,   BETHPAGE, NY 11714)
4583441    +CITI,   PO BOX 6003,   HAGERSTOWN, MD 21747-6003
4583442    +CON EDISON,   4 IRVING PLACE,   NEW YORK, NY 10003-3598
4583443    +CREDITOR FINANCIAL GROUP,   PO BOX 440290,   AURORA, CO 80044-0290
4583444     CREDITORS FINANCIAL GROUP,   PO BOX 440290,   AURORA, CO 80044-0290
4595151    +Consolidated Edison Company of New York, Inc.,   4 Irving Place, Room 1875-S,
             New York, New York 10003-3502,   Attn: Bankruptcy Group
4583445    +DOUGLAS HARRISON,   KIERAN J. SULLIVAN, ESQ.,   399 KNOLLWOOD ROAD STE 203,
             WHITE PLAINS, NY 10603-1931
4583446     EMPIRE MERCHANTS,   16 BRIDGEWATER STREET,   BROOKLYN, NY 11222-3891
4583447    +GARETH M. EDERER,   C/O TUAN & CHO,   225 BROADWAY, STE 2900,   NEW YORK, NY 10007-3074
4583449     INTERGRATED PORTFOLIO MGMT.,   PO BOX 3352,   GLEN ELLYN, IL 60138-3352
4583450     KLEEN SWEEP CONTAINER SERVICE,   PO BOX 158,   YONKERS, NY 10703-0158
4583451    +LORD & TAYLOR,   300 SHEFFIELD CTR,   LORAIN, OH 44055-3129
4583452    +NCO FINANCIAL,   2 HUNTINGTON QUAD,   SUITE 3NO2,   MELVILLE, NY 11747-4503
4583453    +ROBERT O CORINI,   542 MAIN STREET SUITE 102,   NEW ROCHELLE, NY 10801-7270
4583454     SOUTHERN WINE & SPIRITS OF NY,   345 UNDERHILL BLVD,   PO BOX 9034,   SYOSSET, NY 11791-9034
4583455    +STATE OF NEW YORK,   DIVISON OF ALCOHOLIC BEVERAGE,   317 LENOX AVENUE,   NEW YORK, NY 10027-4457
4583456     STATE OF NY EXECUTIVE DEPT.,   DIVISON OF ALCOHOLIC BEVERAGE,   80 S. SWAN STREET SUITE 900,
             ALBANY, NY 12210-8002
4583457    +T & C O'HALLORAN,   171 ALTA VISTA DRIVE,   YONKERS, NY 10710-2619
4583458     UNITED WATER NEW ROCHELLE,   PAYMENT CENTER,   PO BOX 371804,   PITTSBURGH, PA 15250-7804
4583460     YELLOW PAGES,   PO BOX 60006,   ANAHEIM, CA 92812-6006
4583461    +ZALES/CBSD,   PO BOX 9714,   GRAY, TN 37615-9714

The following entities were noticed by electronic transmission on Aug 25, 2009.
4583440    +EDI: CHASE.COM Aug 25 2009 16:23:00     CHASE,   800 BROOKSEDGE BLVD,
             WESTERVILLE, OH 43081-2822
4583448    +EDI: RMSC.GAP Aug 25 2009 16:23:00     GEMB/GAP,   PO BOX 981400,   EL PASO, TX 79998-1400
4583451    +EDI: MAYSTORES.COM Aug 25 2009 16:23:00     LORD & TAYLOR,   300 SHEFFIELD CTR,
             LORAIN, OH 44055-3129
4583459    +EDI: CHASE.COM Aug 25 2009 16:23:00     WASH MUTUAL/PROVIDIAN,   PO BOX 660509,
             DALLAS, TX 75266-0509
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**            **Signature:** *Joseph Speetjens*